IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CYRUS SPURLINO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOLCIM (US) INC., a Delaware corporation; ASH GROVE CEMENT COMPANY, a Delaware corporation; and JOHN DOES I-V;<br><br>Defendants. | Case No. 2:14-cv-461<br><br>JUDGMENT IN A CIVIL CASE<br><br>District Judge Jill N. Parrish |

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is GRANTED and this action is DISMISSED WITH PREJUDICE.

DATED August 1, 2017.

_____
Judge Jill N. Parrish
United States District Court Judge